UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               CASE NO. 3:10-cv-822-J-12JBT

APPROXIMATELY, $1,663.59 SEIZED
FROM SUNTRUST BANK PERSONAL
CHECKING ACCOUNT NUMBER
1000108184580, IN THE NAME OF
EARNEST COPELAND, and

A 2005 FORD F150 PICK-UP TRUCK,
VIN: 1FTPW12505KE73954,

      Defendants.

---

### DEFAULT JUDGMENT OF FORFEITURE

On September 9, 2010, the United States filed a Verified Complaint for Forfeiture *In Rem* (Doc. 1) against the following defendants:

    a.    the contents of SunTrust Bank Personal Checking Account Number 1000108184580, in the amount of $1,663.59, in the name of Earnest Copeland; and

    b.    a 2005 Ford F150 pick-up truck, VIN 1FTPW12505KE73954,

("defendant properties"), on the grounds that the defendant properties are subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), for violations of 18 U.S.C. §§ 1028 (identification fraud) and 1344 (bank fraud), and any offenses constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), and thereafter referred to 18 U.S.C. § 1961(1), specifically relating to 18 U.S.C. §§ 1341 (mail fraud) and/or 1343 (wire fraud).

It appearing that process was duly issued in this action and returned according to law;

That execution of the Warrants of Arrest *In Rem* upon the defendant properties was effected on September 30, 2010 and October 13, 2010 (Docs. 9 & 10, respectively);

That notice of this civil forfeiture action was published on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 2, 2010 through October 31, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. 11);

That on September 29, 2010, Notices of Complaint for Forfeiture were sent via regular and certified mail to the following potentially interested parties:

    a.    Earnest Copeland, Certified Mail #7004 2510 0001 4285 7211, **certified mailing delivered on 10/4/2010, signed by Earnest Copeland;**

    b.    Bryan Copeland, Certified Mail #7004 2510 0001 4285 7228, **certified mailing delivered on 10/18/2010, signature illegible;** and

    c.    Marquita Ciara Toby, Certified Mail #7004 2510 0001 4285 7358, **certified mailing returned unclaimed, delivery attempted 9/30/2010, 10/28/2010, and 11/02/2010;**

That no other entitled person has filed a claim, answer or defensive pleading within the period prescribed by law; and

That on January 6, 2011, the Clerk of Court filed Entry of Default against the defendant properties (Doc. 19);

Having achieved execution of process on the defendant properties and publication as required by Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (G)(4), Federal Rules of Civil Procedure, and Local Admiralty Rule 7.03(d), the United States is now entitled to a default judgment of forfeiture of the defendant properties. Therefore, it is now

ORDERED, ADJUDGED and DECREED that the Government's Motion for Default Judgment of Forfeiture (Doc. 20) is granted; and defendant properties, a) the contents of SunTrust Bank Personal Checking Account Number 1000108184580, in the amount of $1,663.59, in the name of Earnest Copeland; and b) a 2005 Ford F150 pick-up truck, VIN 1FTPW12505KE73954, be, and hereby are, forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C). It is further

ORDERED that the United States Secret Service shall dispose of the defendant properties in accordance with the law.

DONE and ORDERED this __14th__ day of February 2011.

*[signature]*
HOWELL W. MELTON
UNITED STATES DISTRICT JUDGE

c: Parties of Record